**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| AMBAC ASSURANCE CORPORATION,<br>One State Street Plaza<br>New York, New York 10004<br><br>       Plaintiff,<br><br>       v.<br><br>FORT LEE COMMONWEALTH<br>COMMUNITIES, a Delaware limited<br>liability company,<br>4401 North Mesa Street<br>El Paso, Texas 79902<br><br>       Defendant. | Civil Division No.: 3:15CV707 |

**[PROPOSED] ORDER**

Upon consideration of Defendant Fort Lee Commonwealth Communities, LLC's Motion to Dismiss Plaintiff's Complaint, it is this ___ day of _____, 20__:

ORDERED that Defendant Fort Lee Commonwealth Communities, LLC's Motion to Dismiss is GRANTED and that Plaintiff Ambac Assurance Corporation's Complaint is DISMISSED.

 

_____
M. Hannah Lauck
United States District Judge